# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LISE RAPAPORT AND SEAMUS MCCAFFERY, | : No. 94 EM 2014 |
| Respondents | : |
| v. | : |
| INTERSTATE GENERAL MEDIA, LLC, WILLIAM MARIMOW, CRAIG MCCOY, SIGNE WILKINSON, AND MICHAEL DAYS, | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 3rd day of September, 2014, the Application for Extraordinary Relief is **DENIED**.

Mr. Justice McCaffery did not participate in this matter.

Mr. Chief Justice Castille files a concurring statement.